UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAUREEN VOLK,
               Plaintiff,

v.                                                CIVIL ACTION NO. 11-11630-MBB

SHAW'S SUPERMARKETS, INC.,
               Defendant.

ORDER OF DISMISSAL

AUGUST 8,  2012

BOWLER, U.S.M.J.

The court having been advised by the parties that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within thirty (30) days

if settlement is not consummated.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
United States Magistrate Judge